Jimmy Lee Wilson Sr. 022319          Case 2:23-cv-00909-NIQA
Module H   Cell #13                  Document 4 Filed 3-3-23

I am writing you because, I was informed that C.O. Fabiani should also be put in the civil action, because he also put his hands on me as well, but that's after the third time C.O. Bunda put his hands on me. I don't know what they are saying about C.O. Fabiani is right?

But I went to the bone doctor on 3-7-23, which he referred me to PT (physical therapy) and a hand doctor. Physical therapy for my shoulder, and the hand doctor for my hand that got injured in the 1-24-23 incident on D-Module in B.C.C.F.

On 3-8-23, went and seen (PT) physical therapist Matt Mahon at Doylestown Health, Doylestown Hospital, which he gave exercises to do, which I have been doing them since 3-8-23, everyday as directed.

I was told by the bone doctor that my shoulder bone and collar bone is dislocated and the legaments are tored (that's my left shoulder, collar bone and hand).

I have not seen a hand doctor as of yet (referred 3-7-23) and my shoulder and hand constantly in PAIN!

Sir, I was informed that C.O. Bunda got an inmate, a 2 to 4 years up state, because he alleged that the inmate assault him; which you will see that C.O. Bunda also tried to get me for an assault on staff and attempting to commit assault of staff, which I was found not guilty on BOTH!!

Sir, by the time you receive this legal information, I should be released on parole. This is where I will be residing: Jimmy Lee Wilson Sr. 207 Buckley St., Bristol, Pa, 19007

P.S. The incident that happen on 1-24-23 on D-Module was record by the cameras that on the Module in the dayroom.



# MISCONDUCT REPORT
## DEPARTMENT OF CORRECTIONS
## BUCKS COUNTY

Incident Number: 23-0124-389

Inmates BCCF Number 022319

Inmates D.O.B 06/03/1959

no.23-CV-0909-~~~~~~~~

### OFFICER'S REPORT

| Inmate's Name | Place of Misconduct | Date | Time |
|---|---|---|---|
| Wilson, Jimmy L. | Delta Module | 01/24/2023 | 0920 hrs |

| Other Inmates Involved | Cell | Name | Witnesses | Cell | Name |
|---|---|---|---|---|---|
| | | | | | |

| Class & No. | Misconduct | Class & No. | Misconduct |
|---|---|---|---|
| 1-4 | Assault on Staff  NOT GUILTY | 1-28 | Creating a Disturbance |
| 1-22 | Insolence | 1-37 | Attempting to commit assault on staff Not guilty |
| 1-24 | Disobeying a Direct Order | | |

### Officer's Version

On 01/24/2023 at approximately 0920 hrs, I Officer Bunda was posted on Delta Module. At this time, medication distribution was in progress. I started to walk around with the nurse to distribute medication to locked inmates. Inmate Wilson was first on the list of locked inmates to receive medication. The cell he was housed in (D-06) has no tray slot. I approached his cell door with the nurse and asked him if he wanted his medication. He replied "Yes." I opened his cell door and he took his medication cup from the nurse and left his cell walking into the dayroom towards the water fountain. I informed this inmate several times that since he is Administrative locked he cannot leave his cell. I gave inmate Wilson several verbal directives to return to his cell in which he refused. I attempted to guide him back to his cell in which he was still resisting and failing to comply with all verbal direct orders. He then threw an elbow towards myself and Ofc. Fabiani. At this time, we assisted the inmate to the floor and I applied handcuffs. Inmate Wilson was then escorted off the unit to the dispensary to be evaluated by medical staff. End of Report



### Immediate Action Taken

Locked pending CEB

| Copy Given To Inmate By: Brannigan | Date: 1-24-23 | Time: 1225 hrs |
|---|---|---|
| Date of Report 01/24/2023 | Signature and Title of Reporting Officer  Officer A. Bunda | Institution BCCF |

Reviewed By  Sgt. Niccoletti
Shift Supervisor

Reviewed By  Lt. Morris
Shift Commander

Date Reviewed 01-0124-2023

*[Handwritten notes, rotated 90°:]*

Pronto

CO,
7:30 PM,
hundred

Feb
Thur Fri Sat Sun Mon Tues Wed
 2   3   4   5   6   7   8

**Doylestown Health**
Doylestown Hospital

Exercise Program For:
JAMES WILSON

Date: 3/8/2023
Page: 1

NO.23-CV-0909- ~~████~~

**Comment:**
<mark>Increase exercises 1 and 2 to 10 reps after 3-4 days.</mark>



AROM shld ER/IR for Supraspinatus
- Lie on back with arm slightly away from side.
- Bend elbow to about 45 degrees.
- Rotate arm inward and outward.

Perform 1 set of 10 repetition(s), three times a day.





AROM shld retract bil stand arms at side
- Stand with arms at sides.
- Squeeze both shoulder blades together.
- Relax and repeat.

Perform 1 set of 5 repetition(s), three times a day.

Hold exercise for 5 Seconds.

Issued By:   Matt McMahon

These exercises are to be used only under the direction of a licensed, qualified professional or after consulting your physician.

Except as to user supplied materials, Copyright 1995-2021 BioEx Systems, Inc.



Exercise Program For:  Date: 3/8/2023
JAMES WILSON  Page: 2

No. 23-CV-0909



AROM shld flx (finger walking) at wall

- Stand, facing wall.
- Place hand on wall at hip level.
- Using your fingers, walk your arm upward through available range, and walk back down.

Perform 1 set of 5 repetition(s), three times a day.

Hold exercise for 5 Seconds.

*Also bend forward - let the left arm hang for 5-10 seconds, 5 times, 3x a day.

Issued By:   Matt McMahon

These exercises are to be used only under the direction of a licensed, qualified professional or after consulting your physician.

Except as to user supplied materials, Copyright 1995-2021 BioEx Systems, Inc.

Jimmy Lee Wilson Sr. 088319
1730 South Easton Rd.,
Doylestown, Pa., 18901

Clerk of Court ED Pa
James A. Byrne U.S Courthouse
Room 2609
601 Market Street
Philadelphia, Pa., 19106