# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JIMMY LEE WILSON, SR.** : | CIVIL ACTION |
| *Plaintiff, pro se* : | |
| : | NO. 23-0909 |
| **v.** : | |
| : | |
| **CORRECTIONS OFFICER FABIANI** : | |
| *Defendant* : | |

## RULE TO SHOW CAUSE ORDER

**AND NOW**, this 16th day of August 2023, in light of Plaintiff's apparent failure—despite numerous notices—to provide the United States Marshals Service an address at which Defendant Corrections Officer Fabiani can be effectively served, a Rule is hereby issued for Plaintiff to show cause why this matter should not be dismissed for Plaintiff's failure to prosecute. Plaintiff is hereby **ORDERED** to file a response to this Order by September 6, 2023. Failure to do so will result in dismissal of this action for failure to prosecute.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*