### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY LEE WILSON, SR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | Case No. 23-909-NIQA |
| BUCKS COUNTY CORRECTIONAL FACILITY, et al., | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant Austen Bunda's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (the "Motion") and the briefing thereon, it is ORDERED the Motion is GRANTED.

Judgment is entered in favor of Austen Bunda and against Plaintiff Jimmy Lee Wilson, Sr. as to his Eighth Amendment excessive force claim.

BY THE COURT:

_____
United States District Judge

**BUCKS COUNTY LAW DEPARTMENT**              *Attorney for Austen Bunda*
55 East Court Street, 5th floor
Doylestown, PA  18901
(215) 348-6464

Tyler B. Burns, Assistant County Solicitor

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY LEE WILSON, SR., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | Case No. 23-909-NIQA |
| BUCKS COUNTY CORRECTIONAL FACILITY, et al., | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### DEFENDANT AUSTEN BUNDA'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(C)

Defendant Austen Bunda, by and through his undersigned counsel, moves for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) for failure to exhaust (the "Motion").

In accordance with Local Rule of Civil Procedure 7.1, the grounds for the Motion are set forth in the accompanying Memorandum of Law.

Date: September 13, 2023                          BUCKS COUNTY LAW DEPARTMENT

                                                   */s/ Tyler B. Burns*_____
                                                   By: Tyler B. Burns (No. 325660)
                                                   Assistant County Solicitor

                                                   *Attorney for Defendant Austen Bunda*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY LEE WILSON, SR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 23-909-NIQA |
| | : | |
| BUCKS COUNTY CORRECTIONAL FACILITY, et al., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Tyler B. Burns, certify that on the 13th day of September, 2023, I served a true and correct copy of the foregoing Motion for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) by electronic filing, e-mail, or first class U.S. Mail, pre-paid to the following parties:

VIA U.S. MAIL

Jimmy Lee Wilson, Sr.
#022319
Bucks County Correctional Facility
1730 South Easton Road
Doylestown, PA  18901

Jimmy Lee Wilson, Sr
207 Buckley Street
Bristol, PA 19007

Date: September 13, 2023

BUCKS COUNTY LAW DEPARTMENT

*/s/ Tyler B. Burns*
By: Tyler B. Burns, Esquire (No. 325660)
Assistant County Solicitor
Bucks County Administration Building
55 E. Court Street, Fifth Floor
Doylestown, PA  18901
215-348-6464
Tbburns@buckscounty.org